I. E. Schilling Company, a corporation, Plaintiff in Error, v. The Watson Corporation, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Stapp & Vining,* for Plaintiff in Error.

---

Walter Ward and George Rogers, Plaintiffs in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Alachua.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.